**Order filed July 21, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00440-CV
_____

## IN THE INTEREST OF N.N.F., A CHILD

**On Appeal from the 315th District Court
Harris County, Texas
Trial Court Cause No. 2013-06707J**

## ORDER

This is an accelerated appeal from a judgment signed April 21, 2015. The notice of appeal was due May 14, 2015. *See* Tex. R. App. P. 26.1. Appellant, however, filed his notice of appeal on May 11, 2015, a date within 15 days of the due date for the notice of appeal. A motion for extension of time is necessarily implied when the perfecting instrument is filed within 15 days of its due date. *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Appellant did not file a motion to extend time to file the notice of appeal. While an extension may be implied, appellant is still obligated to come forward with a reasonable explanation

to support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.,* 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we ORDER appellant to file a proper motion to extend time to file the notice of appeal on or before 10 days after the date of this order. *See* Tex. R. App. P. 26.3; 10.5(b). If appellant does not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.

PER CURIAM